IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DONALD ANTHONY SINGH,           §
A 12423848,                     §
                  Petitioner,   §
v.                              §          CIVIL ACTION NO. H-08-3250
                                §
JANET NAPOLITANO, *et al.*,     §
                  Respondents.  §

OPINION ON DISMISSAL

Petitioner Donald Anthony Singh filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention by the Department of Homeland Security and the removal order entered against him. (Docket Entry No.1). The Court dismissed petitioner's request for termination of the removal order and ordered respondents to file an answer to the remaining claims in petitioner's habeas action. (Docket Entries No.4, No.5). Respondents have filed a motion to dismiss the petition and produced evidence that petitioner was released from post-removal-order custody on December 9, 2008, by means of his removal to Trinidad and Tobago. (Docket Entry No.12). Because petitioner is no longer in custody, his challenge to his post-removal-order detention is moot and subject to dismissal.

Accordingly, respondents' Motion to Dismiss (Docket Entry No.12) is GRANTED. All pending motions are DENIED, AS MOOT. This habeas action is DISMISSED WITH PREJUDICE as moot.

It is so ORDERED.

SIGNED at Houston, Texas, this 7th day of December, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1